IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED, ) <br> An Irish Corporation, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> LONGFORD CAPITAL FUND, III, LP, ) <br> A Delaware Corporation, ) <br> ) <br> Defendant ) | C.A. No._____ <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF ARGINA TECHNOLOGY LIMITED'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiff Arigna Technology Limited ("Plaintiff") states as follows:

Plaintiff is a private company organized and existing under the laws of Ireland.  There are no publicly-held corporations that own 10% or more of the stock of Plaintiff.

Dated:  December 18, 2023                         BAYARD, P.A.

/s/ Stephen B. Brauerman
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff Arigna Technology Limited*