**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED., | ) |
| An Irish Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 23-1441-GBW |
| | ) |
| LONGFORD CAPITAL FUND, III, LP, | ) |
| A Delaware Corporation, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant: | ) |

**[PROPOSED] ORDER**

Upon application of Plaintiff Argina Technology Limited ("Plaintiff"), and for good cause shown,

IT IS THEREFORE HEREBY ORDERED, this 21st day of December, 2023 that Plaintiff's Complaint be placed under seal in the above-captioned matter. Plaintiff shall file a public version of the Complaint, with the confidential information redacted, within seven days of the date of this order.

Dated:

_____
UNITED STATES DISTRICT JUDGE

1