

600 N. King Street • Suite 400
P.O. Box 25130 • Wilmington, DE 19801
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

December 28, 2023

**<u>VIA CM/ECF</u>**
Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

RE:    *Arigna Technology Limited v. Longford Capital Fund, III, LP*, C.A. No. 23-1441-GBW

Dear Judge Williams:

Plaintiff Arigna Technology Limited ("Plaintiff") respectfully submits this letter regarding the Court's December 21, 2023 Order (D.I. 8) sealing the Complaint (D.I. 2, 4) in the above noted action.  Plaintiff has no redactions to the Complaint or Exhibits thereto (*id.*). Defendant Longford Capital Fund, III, LP ("Defendant") does not have redactions to the Complaint, but requests that Exhibit B to the Complaint (D.I. 4, Ex. B) be redacted in its entirety pursuant to the confidentiality provision set forth in section 10 of Exhibit B. (*See id.* at PageID#68-69.)  Plaintiff afforded third-party Sussman Godfrey L.L.P. ("Sussman") the opportunity to provide redactions to the Complaint as well.  Sussman does not have redactions to the Complaint, and Sussman requests that Exhibits A and B to the Complaint be redacted in their entirety.

Should Your Honor have any questions, comments, or concerns, the undersigned is available at the convenience of the Court.

Sincerely,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman

cc:    Jeff Eberhard
       Matthew R. Berry
       Jonathan J. Ross