IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 23-1441-GBW |
| LONGFORD CAPITAL FUND, III, LP, et. al. | ) ) ) ) |
| Defendant. | ) ) |

## **PROPOSED ORDER**

At Wilmington, this ____ day of _____ 2024, having considered Proposed-Intervenor Bayerische Motoren Werke AG's ("BMW") Motion to Intervene or in the Alternative to Dismiss Under Rule 12(b)(7) in the above-captioned declaratory judgment action, **IT IS HEREBY ORDERED** that BMW's Motion to Intervene is **GRANTED**. The Court grants BMW's motion to intervene as a Plaintiff in the above-captioned action with leave to file its complaint in intervention.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE