IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | C.A. No. 23-1441-GBW |
| ) | |
| LONGFORD CAPITAL FUND, III, LP,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING REPLY BRIEF**

WHEREAS, Plaintiff-Intervenor Bayerische Motoren Werke AG ("BMW AG") filed a Motion to Intervene or in the Alternative to Dismiss Under Rule 12(b)(7) (D.I. 35);

WHEREAS, Plaintiff Arigna Technology Limited and Defendant Longford Capital Fund, III, LP, each filed independent answering briefs in opposition to the motion (D.I. 42; and D.I. 43);

WHEREAS, BMW AG seeks to avoid burdening the Court with redundant material in its reply briefs;

NOW, THEREFORE, the parties stipulate and agree, subject to approval of the Court, that rather than file two independent 10-page reply briefs that include redundant material, BMW AG may file a single 15-page reply brief that responds to both answering briefs.

2

| | |
|---|---|
| */s/ Ronald P. Golden III* | */s/ John M. Seaman* |
| Stephen B. Brauerman (#4952) | John M. Seaman (#3868) |
| Ronald P. Golden III (#6254) | Christopher Fitzpatrick Cannataro (#6621) |
| BAYARD, P.A. | ABRAMS & BAYLISS LLP |
| 600 N. King Street, Suite 400 | 20 Montchanin Road, Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19807 |
| (302) 655-5000 | (302) 778-1000 |
| sbrauerman@bayardlaw.com | seaman@abramsbayliss.com |
| rgolden@bayardlaw.com | cannataro@abramsbayliss.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Arigna Technology Limited* | *Longford Capital Fund, III, LP* |

*/s/ Andrew E. Russell*
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com

*Attorneys for Plaintiff-Intervenor*
*Bayerische Motoren Werke AG*

Dated: March 4, 2024

        SO ORDERED this _____ day of _____ 2024.

                                              _____
                                              United States District Court Judge